UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH SWIFT,

        Plaintiff,

v.

ADAM ELDEMAN, et al.,

        Defendants.
_____/

Case No. 1:17-CV-854

Hon. Gordon J. Quist

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 6, 2018. The Report and Recommendation was served on Plaintiff via United States mail on February 7, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed February 6, 2018, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Temporary Restraining Order (ECF No. 10) is **DENIED**.

Dated: March 6, 2018                                /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE