**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

Keith Swift, #202475

    Plaintiff,

v.

Edelman, et al.

    Defendants.

Case No: 1:17-cv-00854
District Judge: Gordon J. Quist
Magistrate Judge: Ellen S. Carmody

| | |
|---|---|
| KEITH SWIFT, #202475<br>Lakeland Correctional Facility<br>141 First St.<br>Coldwater, MI 49036<br>*Pro Se Plaintiff* | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Carly Van Thomme (P59706)<br>Attorneys for Defendants Corizon Medical Service<br>and Adam Edelman, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>cvanthomme@chapmanlawgroup.com |

**EXHIBIT B – RELEVANT MEDICAL RECORDS FILED UNDER SEAL**