**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

Keith Swift, #202475

      Plaintiff,

v.

Edelman, et al.

      Defendants.

Case No: 1:17-cv-00854
District Judge: Gordon J. Quist
Magistrate Judge: Ellen S. Carmody

| | |
|---|---|
| KEITH SWIFT, #202475<br>Lakeland Correctional Facility<br>141 First St.<br>Coldwater, MI 49036<br>*Pro Se Plaintiff* | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Carly Van Thomme (P59706)<br>Attorneys for Defendants Corizon Medical Service<br>and Adam Edelman, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>cvanthomme@chapmanlawgroup.com |

### DEFENDANTS CORIZON MEDICAL SERVICE AND ADAM EDELMAN, M.D.'S MOTION TO SEAL EXHIBIT B

NOW COME Defendants CORIZON MEDICAL SERVICE and ADAM EDELMAN, M.D.("Defendants"), by and through their attorneys, CHAPMAN LAW GROUP, and respectfully files this Motion to Seal Exhibit B to Defendants' Motion for Summary Judgment, which contains relevant portions of Plaintiff's medical records. Defendants state as follows:

1. Plaintiff Keith Swift, #202475 filed his Complaint on September 25, 2017 in this matter. (**PageID.1-11**)

2. Defendants filed their Motion for Summary Judgment on March 22, 2018. **(PageID.78-94)**

     3.     Exhibit B to Defendants' Motion for Summary Judgment contain portions of Plaintiff's medical records.

     4.     Since Defendants are a covered entity and subject to the provisions of HIPAA (the Health Insurance Portability and Accountability Act, 42 U.S.C. §§ 1320d to d-8), Defendants do not wish to disclose Plaintiff's medical records publicly.

     5.     Therefore, out of an abundance of caution, Defendants request that Exhibit B to their Motion for Summary Judgment be filed under seal. Defendants have attached a proposed order to seal exhibit as **Exhibit A**.

     6.     In an effort to seek concurrence, Defendants contacted Plaintiff via correspondence on March 15, 2018. Plaintiff has not responded to Defendants' request for concurrence. Upon information and belief, Plaintiff opposes this motion.

WHEREFORE, Defendants CORIZON MEDICAL SERVICE AND ADAM EDELMAN, M.D. respectfully requests that the Court exercise its discretion and enter the Qualified Protective Order attached as Exhibit A to seal Exhibit B to Defendants' Motion for Summary Judgment.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: March 22, 2018

/s/Carly Van Thomme
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Carly Van Thomme (P59706)
Attorneys for Corizon Defendants
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
cvanthomme@chapmanlawgroup.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

Keith Swift, #202475

        Plaintiff,

v.

Edelman, et al.

        Defendants.

Case No: 1:17-cv-00854
District Judge: Gordon J. Quist
Magistrate Judge: Ellen S. Carmody

| | |
|---|---|
| KEITH SWIFT, #202475<br>Lakeland Correctional Facility<br>141 First St.<br>Coldwater, MI 49036<br>*Pro Se Plaintiff* | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Carly Van Thomme (P59706)<br>Attorneys for Defendants Corizon Medical Service<br>and Adam Edelman, M.D.<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>cvanthomme@chapmanlawgroup.com |

**BRIEF IN SUPPORT OF DEFENDANTS CORIZON MEDICAL SERVICE AND ADAM EDELMAN, M.D.'S MOTION TO SEAL EXHIBIT B**

    Plaintiff filed the present Complaint under 42 U.S.C. §1983 against the Defendants, alleging inadequate medical care in violation of the Eighth Amendment. Defendant has submitted some of Plaintiff's medical records in conjunction with the Motion for Summary Judgment as Exhibit B. These records are identified as those minimally necessary to defend against Plaintiff's claims.

    To ensure compliance with state and federal privacy laws, including the provisions of HIPAA, Defendants do not wish to disclose Plaintiff's medical records publicly. 42 U.S.C. §§ 1320d to d-8.  To ensure the confidentiality and privacy of the Plaintiff, Defendants request that

the Court enter an Order sealing Exhibit B. W.D. Mich. L.R. a10.6(b) Defendants have attached a Proposed Qualified Protective Order for the Court's convenience as **EXHIBIT A**.

WHEREFORE, Defendants CORIZON MEDICAL SERVICE AND ADAM EDELMAN, M.D. respectfully requests that the Court exercise its discretion and enter the Qualified Protective Order attached as Exhibit A to seal Exhibit B to Defendants' Motion for Summary Judgment.

Respectfully submitted,
CHAPMAN LAW GROUP

/s/Carly Van Thomme

Dated: March 22, 2018

Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Carly Van Thomme (P59706)
Attorneys for Corizon Defendants
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
cvanthomme@chapmanlawgroup.com

## PROOF OF SERVICE

I hereby certify that on March 22, 2018, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

/s/Carly Van Thomme
Carly Van Thomme (P59706)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
cvanthomme@chapmanlawgroup.com

2