UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH SWIFT #202475,

      Plaintiff,

v.                                                                      Case No. 1:17-CV-854

ADAM EDELMAN, et al.,                                HON. GORDON J. QUIST

      Defendants.
_____/

## ORDER ADOPTING THE SUPPLEMENTAL REPORT AND RECOMMENDATION

On March 22, 2018, Defendants moved for summary judgment. (ECF No. 18.) On June 26, 2018, Magistrate Judge Ellen Carmody issued a Report and Recommendation (R & R) recommending that the Court grant Defendants' motion. (ECF No. 22.) On July 13, 2018, the Court received a letter from Plaintiff asserting that he was never served Defendants' motion because he transferred facilities and did not update his address with the Court. (ECF No. 23.) The Court ordered Defendants to re-serve the motion on Plaintiff and allowed Plaintiff 28 days from the date of service to respond to the motion. (ECF No. 24.) Plaintiff responded to the motion on August 6, 2018. (ECF No. 26.) Then, on November 8, 2018, Magistrate Judge Carmody issued a Supplemental R & R, again recommending that the Court grant Defendants' motion. (ECF No. 29.)

The Court has reviewed the Supplemental R & R recommending that Defendants' motion for summary judgment be granted. The Supplemental R & R was duly served on Petitioner on November 9, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the Supplemental R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the November 8, 2018, Supplemental

R & R (ECF No. 29) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment is

**GRANTED** for the reasons set forth in the Supplemental R & R.

A separate judgment will enter.

This case is **concluded**.

Dated: December 7, 2018                                    /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE